B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Oregon

In re Matthew David Howard / Gina Marie Howard, Case No. 16-62905-tmr

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee of Chalet Series III Trust | Federal National Mortgage Association ("Fannie Mae") |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

Phone: 800-603-0836
Last Four Digits of Acct #: 9487

Court Claim # (if known): 9-1
Amount of Claim: $208,210.15
Date Claim Filed: 01/05/2017

Phone: _____
Last Four Digits of Acct. #: 3678

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile     Date: 02/04/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.